# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-cv-384-MOC
## (3:11-cr-80-MOC-DSC-1)

| | | |
|---|---|---|
| **ZAVIER MARQUIS DAVIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion and a Motion to Stay, (Doc. No. 9), filed by counsel for Petitioner.

The Court ordered the parties to file a Response indicating why this matter should not proceed based on the United States Supreme Court's decision in United States v. Davis, No. 18-431. Counsel for Petitioner has filed this Motion to Stay pending the Fourth Circuit's decision in United States v. Taylor, No. 19-7616 in which a certificate of appealability was granted, in part, on the issue of whether attempted Hobbs Act robbery categorically qualifies as a predicate crime of violence for purposes of 18 U.S.C. § 924(c). Counsel for the Government consents to this Motion. (Doc. No. 9 at 2). The Court finds that the Motion to Stay is in the interests of justice and judicial economy and will be granted.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion to Stay, (Doc. No. 9), is **GRANTED**.

2. This case is held in abeyance pending the Fourth Circuit's consideration of Taylor, No. 19-7616. The Government shall have **60 days** following the Fourth Circuit's

1

issuance of its mandate in <u>Taylor</u> file an answer, motion, or other response to the §

2255 Motion to Vacate.


Signed: April 27, 2020


Max O. Cogburn Jr.
United States District Judge