UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00384-MOC
(3:11-cr-80-MOC)

| | |
|---|---|
| **ZAVIER MARGQUIS DAVIS,** | )<br>)<br>)<br>) |
| Vs. | )    ORDER<br>) |
| **UNITED STATES,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Stay this case pending the filing of a petition of certiorari in <u>United States v. Taylor</u>, 979 F.3d 203 (4th Cir. 2020). (Doc. No. 47). For the reasons stated in the motion, the court grants the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Stay (Doc. No. 47) is **GRANTED**.

Signed: March 8, 2021

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge